## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Carrier Corporation,            :
             Petitioner    :
                       :
        v.             :       No. 69 C.D. 2020
                       :
Workers' Compensation Appeal    :
Board (Haugh),           :
            Respondent  :

**PER CURIAM**                 **O R D E R**

NOW, December 30, 2020, having considered Petitioner's application for reargument and Respondent's answer in response thereto, the application is denied.